UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES EDWARD LUCKETT,

Plaintiff,

v.

ROBERT NEUSCHMID, et al.,

Defendants.

Case No. 18-07695 BLF (PR)

**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On December 24, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) On the same day, the Clerk notified Plaintiff that he had not paid the filing fee or filed a motion to proceed *In Forma Pauperis* ("IFP") and needed to do so within twenty-eight days or the action would be dismissed without prejudice. (Docket No. 2.) On December 31, 2018, Plaintiff filed an IFP motion that is deficient because it does not include a Certificate of Funds in Prisoner's Account signed by an authorized officer. (Docket No. 3.)

In the interest of justice, the Court *sua sponte* grants Plaintiff an extension of time

---

[1] This action was reassigned to this Court pursuant to *Williams v. King*, 875 F.3d 500, 501, 504 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge). (Docket Nos. 4, 5.)

to file a complete IFP application. Plaintiff shall file a Certificate of Funds in Prisoner's Account signed by an authorized officer **no later than twenty-eight (28) days** of the filing date of this order. Plaintiff is advised that failure to file the required document in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: February 13, 2019

BETH LABSON FREEMAN
United States District Judge

Order Sua Sponte Granting Ext. of Time to file Application to proceed IFP
P:\PRO-SE\BLF\CR.18\07695Luckett_eot-ifp.docx