UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD LUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NEUSCHMID, et al.,<br><br>Defendants. | Case No. 18-07695 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

**Dated:** April 22, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\07695Luckett_judgment